**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| IBARRA, RICARDO | § | Case No. 12-49429 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/18/2012 . The undersigned trustee was appointed on 12/18/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 8,156.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 4.95 |
| Bank service fees | | 130.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 8,021.05 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2015 and the deadline for filing governmental claims was 05/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,565.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,565.60 , for a total compensation of $ 1,565.60 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 52.44 , for total expenses of $ 52.44 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2016 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit A

Case No: 12-49429 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: IBARRA, RICARDO

For Period Ending: 03/22/16

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 12/18/12 (f)
341(a) Meeting Date: 02/08/13
Claims Bar Date: 05/01/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1922 Apache Rd Waukegan IL 60087 | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture and other household goods<br>Furniture and other household goods | 400.00 | 0.00 | | 0.00 | FA |
| 3. Clothing accessories and other wearing apparel<br>Clothing accessories and other wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 4. 2002 Toyota Tacoma 115,000 miles<br>2002 Toyota Tacoma 115,000 miles | 7,000.00 | 0.00 | | 0.00 | FA |
| 5. 2008 Chrysler Town & Country<br>2008 Chrysler Town & Country | 9,000.00 | 0.00 | | 0.00 | FA |
| 6. TAX REFUND (u) | 8,156.00 | 8,156.00 | | 8,156.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $95,056.00 | $8,156.00 | | $8,156.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TEE SUBMITTED TFR TO US TEE FOR REVIEW
February 25, 2016, 02:01 pm

IF DEBTOR DOES NOT PAY REM,AINING BALANCE OWED TRUSTEE WILL FILE ANOTHER MOTION FOR CONTEMPT - 01/20/16. DEBTOR HAS FAILED TO TURNOVER ALL OF HIS TAX REFUND - Oct. 31, 2015. NO CHANGE - July 30, 2015. DEBTOR STILL MAKING INSTALLMENTS - April 28, 2015. TRUSTEE IS COLLECTING TAX REFUND DUE FROM DEBTOR IN INSTALLMENTS - Jan. 17, 2015. TRUSTEE HAS REQUESTED TURNOVER OF TAX REFUND. TRUSTEE FILING MOTION FOR TURNOVER OF TAX REFUND - January 19, 2014.
NO CHANGE - April 30, 2014. DEBTOR WILL START MAKING INSTALLMENT PAYMENTS ON TAX REFUND OWED TO ESTATE - July 17, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 12-49429 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: IBARRA, RICARDO

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 12/18/12 (f)
341(a) Meeting Date: 02/08/13
Claims Bar Date: 05/01/15

PAYMENTS ARE BEGINNING - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15 Current Projected Date of Final Report (TFR): 03/31/16

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-49429 -ABG
Case Name: IBARRA, RICARDO

Taxpayer ID No: *******6146
For Period Ending: 03/22/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6207 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 500.00 |
| 12/11/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,000.00 |
| 12/29/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,500.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 02/18/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,990.00 |
| 02/27/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,490.00 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 1.62 | 2,488.38 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,478.38 |
| 04/02/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,978.38 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,968.38 |
| 04/30/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,468.38 |
| * 04/30/15 | 300002 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1124-003 | | 500.00 | 2,968.38 |
| * 04/30/15 | 300002 | RICARDO IBARRA | Tax refund | 1124-003 | | -500.00 | 3,468.38 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,458.38 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,448.38 |
| 06/22/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,948.38 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 4,000.00 | 51.62 |

FORM 2

Page: 2

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-49429 -ABG
Case Name: IBARRA, RICARDO

Taxpayer ID No: *******6146
For Period Ending: 03/22/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6207 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,938.38 |
| 07/30/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 800.00 | | 4,738.38 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,728.38 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,718.38 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,708.38 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,698.38 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,688.38 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,678.38 |
| 02/05/16 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 2,000.00 | | 6,678.38 |
| 02/05/16 | 6 | RICRADO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 1,356.00 | | 8,034.38 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,024.38 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 3.33 | 8,021.05 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 8,156.00 | 134.95 | 8,021.05 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,156.00 | 134.95 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,156.00 | 134.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6207 | 8,156.00 | 134.95 | 8,021.05 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,156.00 | 134.95 | 8,021.05 |
| | ============== | ============== | ============== |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 4,156.00 | 83.33 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-49429 -ABG
Case Name: IBARRA, RICARDO

Taxpayer ID No: *******6146
For Period Ending: 03/22/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6207 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 22, 2016

Case Number: 12-49429
Debtor Name: IBARRA, RICARDO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,435.00 | $2,435.00 |
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN | Administrative | | $0.00 | $1,618.04 | $1,618.04 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $1.62 | $1.62 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $3.33 | $3.33 |
| 000001<br>070<br>7100-00 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | Unsecured | | $0.00 | $8,048.76 | $8,048.76 |
| 000002<br>070<br>7100-00 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | Unsecured | | $0.00 | $1,340.86 | $1,340.86 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $234.67 | $234.67 |
| 000004<br>070<br>7100-00 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | Unsecured | | $0.00 | $4,819.25 | $4,819.25 |
| 000005<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $3,744.06 | $3,744.06 |
| 000006<br>070<br>7100-00 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $3,465.23 | $3,465.23 |
| 000007<br>070<br>7100-00 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>Withdrrawn | | $0.00 | $3,465.23 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 22, 2016

Case Number: 12-49429
Debtor Name: IBARRA, RICARDO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $29,176.05 | $25,710.82 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-49429
Case Name: IBARRA, RICARDO
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 8,021.05

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,565.60 | $ 0.00 | $ 1,565.60 |
| Trustee Expenses: JOSEPH E. COHEN | $ 52.44 | $ 0.00 | $ 52.44 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,435.00 | $ 0.00 | $ 2,435.00 |
| Other: Arthur B. Levine Company | $ 1.62 | $ 1.62 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 3.33 | $ 3.33 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,053.04

Remaining Balance $ 3,968.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,652.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | $ 8,048.76 | $ 0.00 | $ 1,474.98 |
| 000002 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | $ 1,340.86 | $ 0.00 | $ 245.72 |
| 000003 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 234.67 | $ 0.00 | $ 43.00 |
| 000004 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | $ 4,819.25 | $ 0.00 | $ 883.16 |
| 000005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,744.06 | $ 0.00 | $ 686.12 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 3,465.23 | $ 0.00 | $ 635.03 |
| 000007 | PYOD, LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 3,968.01

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE