UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
IBARRA, RICARDO § Case No. 12-49429
§
Debtor §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 04/29/2016 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
IBARRA, RICARDO § Case No. 12-49429
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,156.00 |
| and approved disbursements of | $ | 134.95 |
| leaving a balance on hand of[1] | $ | 8,021.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,565.60 | $ 0.00 | $ 1,565.60 |
| Trustee Expenses: JOSEPH E. COHEN | $ 52.44 | $ 0.00 | $ 52.44 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,435.00 | $ 0.00 | $ 2,435.00 |
| Other: Arthur B. Levine Company | $ 1.62 | $ 1.62 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 3.33 | $ 3.33 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,053.04 |
| Remaining Balance | $ | 3,968.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,652.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | $ 8,048.76 | $ 0.00 | $ 1,474.98 |
| 000002 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | $ 1,340.86 | $ 0.00 | $ 245.72 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 234.67 | $ 0.00 | $ 43.00 |
| 000004 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | $ 4,819.25 | $ 0.00 | $ 883.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,744.06 | $ 0.00 | $ 686.12 |
| 000006 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,465.23 | $ 0.00 | $ 635.03 |
| 000007 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 0.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,968.01 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Ricardo Ibarra  
      Debtor

Case No. 12-49429-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1      Page 1 of 2      Date Rcvd: Mar 31, 2016  
                        Form ID: pdf006      Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.

```
db            +Ricardo Ibarra,    1922 Apache Rd.,     Waukegan, IL 60087-4675
aty           +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty           +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
aty           +Joseph E Cohen,    Gohen & Krol,    105 W Madison Street,    Suite 1100,    Chicago, IL 60602-4600
19824579      +AR Resources, Inc.,    PO Box 10336,    Jacksonville, FL 32247-0336
19824580      +Bank of America, N.A.,    450 American St.,    # SV416,    Simi Valley, CA 93065-6285
22925010       Capital One Bank (USA), N.A. by,    American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
19824582      +Chase Bank USA,    Po Box 15298,    Wilmington, DE 19850-5298
19824583      +Citi Cards/CitiBank,    PO Box 6500,    Sioux Falls, SD 57117-6500
19824584       City of Waukegan,    P.O. Box 2602,    Bedford Park, IL 60499-2602
19824587       Dorian B. Lasaine & Associates,    456 Fulton Street,    210 Twin Towers,    Peoria, IL 61602
19824589      +Easy Payment Inc.,    6212 W. 111th,    Chicago Ridge, IL 60415-2106
19824591      +Geetha M Reddy MD,    PO BOX 1127,    Libertyville, IL 60048-4127
19824596       IHC Libertyvill Emergency Physician,    PO Box 3261,    Milwaukee, WI 53201-3261
19824597      +Infinity Healthcare Physicians S.C.,    111 E. Wisconsin Avenue,    Suite 2000,
                 Milwaukee, WI 53202-4809
19824598      +Kluever & Platt, LLC,    65 E. Wacker Place,    Suite 2300,    Chicago, IL 60601-7244
19824600      +Lake County Health Department and c,    3010 Grand ave,    Waukegan, IL 60085-2321
19824601      +Lake Shore Pathologists S.C.,    520 E. 22nd Street,    Lombard, IL 60148-6110
19824603       Midway Emergency Physicians,    P.O. Box 404320,    Atlanta, GA 30384-4320
19824604      +NCC,    PO box 9156,    Alexandria, VA 22304-0156
19824609      +NSG,    1880 W. Winchester Rd,    201,    Libertyville, IL 60048-5336
19824607      +Northshore CTR for Gastroenterology,    1880 W. Winchester,    Suite 201,
                 Libertyville, IL 60048-5336
19824608      +Northshore University HealthSystems,    9532 Eagle Way,    Chicago, IL 60678-1095
19824611      +Professional Account Services Inc,    7100 Commerce Way,,    Suite 100,
                 Brentwood, TN 37027-6935
19824612      +Professional Placement S,    316 N Milwaukee St,    Ste 410,    Milwaukee, WI 53202-5888
19824613      +The Hartford - Central Work Comp,    PO Box 14471,    Lexington, KY 40512-4471
19824614      +The Hartford Medical Bill Processin,    PO BOX 14170,    Lexington, KY 40512-4170
19824590     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,      P.O. Box 108,
                 Saint Louis, MO 63166-9801)
19824615      +Vista Health System,    1324 N. Sheridan Rd,    Waukegan, IL 60085-2161
19824616       Vista Imaging Assoc,    3107 Spring Glen Rd.,    Ste 21,    Jacksonville, FL 32207-5916
23094925      +Vista Medical Center (East & West),    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
19824602      +libertyville imaging associates,    333 peterson rd,    ste 230,    Libertyville, IL 60048-1085
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19824578      +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Apr 01 2016 01:43:07
                 Advocate Condell Medicall Center,    801 S. Milwaukee Ave,    Libertyville, IL 60048-3204
19824581      +E-mail/Text: bk.notifications@jpmchase.com Apr 01 2016 01:41:03     Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
19824585      +E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23     Discover,    P.O. BOX 6103,
                 Carol Stream, IL 60197-6103
23207185       E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
19824586      +E-mail/Text: mrdiscen@discover.com Apr 01 2016 01:40:23     Discover Financial Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
19824588      +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Apr 01 2016 01:43:11     Durham & Durham L.L.P.,
                 5665 New Northside Drive,    Suite 340,    Atlanta, GA 30328-5834
19824595       E-mail/Text: bankruptcy@gbmail.com Apr 01 2016 01:42:25     Guaranty Bank,    P.O. Box 240200,
                 Bank Processing Center,    Milwaukee, WI 53224-9010
19824592      +E-mail/Text: collectionsbk@glcu.org Apr 01 2016 01:41:46     Great Lakes Credit  Union,
                 2525 Green Bay Rd,    North Chicago, IL 60064-3012
19824593       E-mail/Text: collectionsbk@glcu.org Apr 01 2016 01:41:46     Great Lakes Credit Union,
                 PO Box 1170,    Dept. 5431,    Milwaukee, WI 53201-1170
19824599      +E-mail/Text: healthcbo@lakecountyil.gov Apr 01 2016 01:41:42     Lake County Health Departmen,
                 3010 Grand ave,    Waukegan, IL 60085-2321
19824606       E-mail/Text: ucmail@northshorewrd.org Apr 01 2016 01:40:59     North Shore Sanitary District,
                 P.O. Box 2140,    Bedford Park, IL 60499-2140
23243945      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2016 01:45:24     PYOD, LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23244033      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2016 01:45:03
                 PYOD, LLC its successors and assigns as assignee o,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 13
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                   Date Rcvd: Mar 31, 2016
                              Form ID: pdf006              Total Noticed: 45

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19824594     ##+Gret Lakes CR UN,   2525 Green Bay Rd,   North Chicago, IL 60064-3012
19824605      ##North Shore Gas,   PO Box A3991,   Chicago, IL 60690-3991
19824610     ##+OAC,   PO BOX 371100,   Milwaukee, WI 53237-2200
                                                                                              TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:

```
              E. Philip  Groben     on behalf of Trustee Joseph E Cohen pgroben@dandgpc.com
              John Charles Crees    on behalf of Creditor   Bank of America, N.A. jcrees@pilgrimchristakis.com,
               LMarshall@pilgrimchristakis.com;gsarmiento@pilgrimchristakis.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com;gsullivan@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com;gsullivan@cohenandkrol.com
              Marcelino  Diaz    on behalf of Debtor 1 Ricardo   Ibarra lawyermdiaz@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 6
```