## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| IBARRA, RICARDO | § | Case No. 12-49429 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 62,600.00 *(Without deducting any secured claims)* | Assets Exempt: 24,300.00 |
| Total Distributions to Claimants: 3,968.01 | Claims Discharged Without Payment: 66,217.04 |
| Total Expenses of Administration: 4,187.99 | |

3) Total gross receipts of $ 8,156.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,156.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 153,661.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,187.99 | 4,187.99 | 4,187.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,383.13 | 25,118.06 | 21,652.83 | 3,968.01 |
| **TOTAL DISBURSEMENTS** | $ 230,044.13 | $ 29,306.05 | $ 25,840.82 | $ 8,156.00 |

4) This case was originally filed under chapter 7 on  12/18/2012 .  The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/27/2016                    By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 8,156.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,156.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, N.A. 450 American St. # SV416 Simi Valley, CA 93065 | | 145,766.00 | NA | NA | 0.00 |
| | Chase Auto Finance PO Box 901076 Fort Worth, TX 76101 | | 7,895.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 153,661.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,565.60 | 1,565.60 | 1,565.60 |
| COHEN, JOSEPH E. | 2200-000 | NA | 52.44 | 52.44 | 52.44 |
| ADAMS-LEVINE | 2300-000 | NA | 3.33 | 3.33 | 3.33 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 1.62 | 1.62 | 1.62 |
| ASSOCIATED BANK | 2600-000 | NA | 130.00 | 130.00 | 130.00 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 1,623.33 | 1,623.33 | 1,623.33 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 811.67 | 811.67 | 811.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,187.99 | $ 4,187.99 | $ 4,187.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AR Resources, Inc. PO Box 10336 Jacksonville, FL 32247 | | 29.00 | NA | NA | 0.00 |
| | AR Resources, Inc. PO Box 10336 Jacksonville, FL 32247 | | 178.00 | NA | NA | 0.00 |
| | Advocate Condell Medicall Center 801 S. Milwaukee Ave Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank USA Po Box 15298 Wilmington, DE 19850 | | 184.00 | NA | NA | 0.00 |
| | City of Waukegan P.O. Box 2602 Bedford Park, IL 60499-2602 | | 143.81 | NA | NA | 0.00 |
| | Discover Financial Svcs LLC PO Box 15316 Wilmington, DE 19850 | | 3,502.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Durham & Durham L.L.P. 5665 New Northside Drive Suite 340 Atlanta, GA 30328 | | 1,109.00 | NA | NA | 0.00 |
| | Easy Payment Inc. 6212 W. 111th Chicago Ridge, IL 60415 | | 136.15 | NA | NA | 0.00 |
| | Elan Financial Services P.O. Box 108 Saint Louis, MO 63166-9801 | | 15,801.00 | NA | NA | 0.00 |
| | Geetha M Reddy MD PO BOX 1127 Libertyville, IL 60048 | | 25.00 | NA | NA | 0.00 |
| | Great Lakes Credit Union 2525 Green Bay Rd North Chicago, IL 60064 | | 148.00 | NA | NA | 0.00 |
| | Gret Lakes CR UN 2525 Green Bay Rd North Chicago, IL 60064 | | 7,648.00 | NA | NA | 0.00 |
| | Guaranty Bank P.O. Box 240200 Bank Processing Center Milwaukee, WI 53224-9010 | | 41.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guaranty Bank P.O. Box 240200 Bank Processing Center Milwaukee, WI 53224-9010 | | 1,950.60 | NA | NA | 0.00 |
| | Guaranty Bank P.O. Box 240200 Bank Processing Center Milwaukee, WI 53224-9010 | | 413.02 | NA | NA | 0.00 |
| | Guaranty Bank P.O. Box 240200 Bank Processing Center Milwaukee, WI 53224-9010 | | 803.58 | NA | NA | 0.00 |
| | IHC Libertyvill Emergency Physician PO Box 3261 Milwaukee, WI 53201-3261 | | 700.00 | NA | NA | 0.00 |
| | Lake County Health Departmen 3010 Grand ave Waukegan, IL 60085 | | 319.00 | NA | NA | 0.00 |
| | Lake County Health Department and c 3010 Grand ave Waukegan, IL 60085 | | 319.00 | NA | NA | 0.00 |
| | Lake Shore Pathologists S.C. 520 E. 22nd Street Lombard, IL 60148 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midway Emergency Physicians P.O. Box 404320 Atlanta, GA 30384-4320 | | 1,109.00 | NA | NA | 0.00 |
| | NCC PO box 9156 Alexandria, VA 22304 | | 700.00 | NA | NA | 0.00 |
| | NSG 1880 W. Winchester Rd 201 Libertyville, IL 60048 | | 1,660.31 | NA | NA | 0.00 |
| | North Shore Gas PO Box A3991 Chicago, IL 60690- 3991 | | 111.00 | NA | NA | 0.00 |
| | North Shore Sanitary District P.O. Box 2140 Bedford Park, IL 60499-2140 | | 32.32 | NA | NA | 0.00 |
| | Northshore CTR for Gastroenterology 1880 W. Winchester Suite 201 Libertyville, IL 60048 | | 1,611.95 | NA | NA | 0.00 |
| | Northshore University HealthSystems 9532 Eagle Way Chicago, IL 60678 | | 69.00 | NA | NA | 0.00 |
| | OAC PO BOX 371100 Milwaukee, WI 53237 | | 364.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professional Account Services Inc 7100 Commerce Way, Suite 100 Brentwood, TN 37027 | | 4,613.25 | NA | NA | 0.00 |
| | Professional Placement S 316 N Milwaukee St Ste 410 Milwaukee, WI 53202 | | 1,992.00 | NA | NA | 0.00 |
| | The Hartford - Central Work Comp PO Box 14471 Lexington, KY 40512 | | 666.66 | NA | NA | 0.00 |
| | The Hartford Medical Bill Processin PO BOX 14170 Lexington, KY 40512 | | 141.00 | NA | NA | 0.00 |
| | The Hartford Medical Bill Processin PO BOX 14170 Lexington, KY 40512 | | 280.00 | NA | NA | 0.00 |
| | The Hartford Medical Bill Processin PO BOX 14170 Lexington, KY 40512 | | 313.00 | NA | NA | 0.00 |
| | Vista Imaging Assoc 3107 Spring Glen Rd. Ste 21 Jacksonville, FL 32207-5916 | | 178.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | libertyville imaging associates 333 peterson rd ste 230 Libertyville, IL 60048 | | 1,190.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. BY | 7100-000 | NA | 234.67 | 234.67 | 43.00 |
| 000005 | DISCOVER BANK | 7100-000 | NA | 3,744.06 | 3,744.06 | 686.12 |
| 000001 | GREAT LAKES CREDIT UNION | 7100-000 | 7,725.66 | 8,048.76 | 8,048.76 | 1,474.98 |
| 000002 | GREAT LAKES CREDIT UNION | 7100-000 | 6,667.00 | 1,340.86 | 1,340.86 | 245.72 |
| 000006 | PYOD, LLC | 7100-000 | 3,430.00 | 3,465.23 | 3,465.23 | 635.03 |
| 000007 | PYOD, LLC | 7100-000 | 3,415.00 | 3,465.23 | 0.00 | 0.00 |
| 000004 | VISTA MEDICAL CENTER (EAST & WEST) | 7100-000 | 6,613.25 | 4,819.25 | 4,819.25 | 883.16 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,383.13 | $ 25,118.06 | $ 21,652.83 | $ 3,968.01 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:     12-49429    ABG   Judge: A. BENJAMIN GOLDGAR
Case Name:   IBARRA, RICARDO

For Period Ending:  06/27/16

Trustee Name:                JOSEPH E. COHEN
Date Filed (f) or Converted (c):  12/18/12 (f)
341(a) Meeting Date:         02/08/13
Claims Bar Date:             05/01/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1922 Apache Rd Waukegan IL 60087 | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. Furniture and other household goods | 400.00 | 0.00 | | 0.00 | FA |
| Furniture and other household goods | | | | | |
| 3. Clothing accessories and other wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| Clothing accessories and other wearing apparel | | | | | |
| 4. 2002 Toyota Tacoma 115,000 miles | 7,000.00 | 0.00 | | 0.00 | FA |
| 2002 Toyota Tacoma 115,000 miles | | | | | |
| 5. 2008 Chrysler Town & Country | 9,000.00 | 0.00 | | 0.00 | FA |
| 2008 Chrysler Town & Country | | | | | |
| 6. TAX REFUND (u) | 8,156.00 | 8,156.00 | | 8,156.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $95,056.00        $8,156.00        $8,156.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TEE SUBMITTED TFR TO US TEE FOR REVIEW
February 25, 2016, 02:01 pm

IF DEBTOR DOES NOT PAY REM,AINING BALANCE OWED TRUSTEE WILL FILE ANOTHER MOTION FOR CONTEMPT - 01/20/16. DEBTOR HAS
FAILED TO TURNOVER ALL OF HIS TAX REFUND - Oct. 31, 2015. NO CHANGE - July 30, 2015. DEBTOR STILL MAKING INSTALLMENTS -
April 28, 2015. TRUSTEE IS COLLECTING TAX REFUND DUE FROM DEBTOR IN INSTALLMENTS - Jan. 17, 2015.  TRUSTEE HAS REQUESTED
TURNOVER OF TAX REFUND.  TRUSTEE FILING MOTION FOR TURNOVER OF TAX REFUND - January 19, 2014.
NO CHANGE - April 30, 2014.  DEBTOR WILL START MAKING INSTALLMENT PAYMENTS ON TAX REFUND OWED TO ESTATE - July 17, 2014.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-49429   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | IBARRA, RICARDO | | Date Filed (f) or Converted (c): | 12/18/12 (f) |
| | | | 341(a) Meeting Date: | 02/08/13 |
| | | | Claims Bar Date: | 05/01/15 |

PAYMENTS ARE BEGINNING - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15          Current Projected Date of Final Report (TFR): 03/31/16

Page:   1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-49429  -ABG |
| Case Name: | IBARRA, RICARDO |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6207  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******6146 |
| For Period Ending: | 06/27/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 11/04/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 500.00 |
| | 12/11/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,000.00 |
| | 12/29/14 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,500.00 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| | 02/18/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 1,990.00 |
| | 02/27/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,490.00 |
| | 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 1.62 | 2,488.38 |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,478.38 |
| | 04/02/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 2,978.38 |
| | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,968.38 |
| | 04/30/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,468.38 |
| * | 04/30/15 | 300002 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1124-003 | | 500.00 | 2,968.38 |
| * | 04/30/15 | 300002 | RICARDO IBARRA | Tax refund | 1124-003 | | -500.00 | 3,468.38 |
| | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,458.38 |
| | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,448.38 |
| | 06/22/15 | 6 | RICARDO IBARRA | Tax refund<br>Income tax refund | 1224-000 | 500.00 | | 3,948.38 |

Page Subtotals               4,000.00            51.62

Ver: 19.06a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Page:    2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-49429  -ABG | |
| Case Name: | IBARRA, RICARDO | |
| Taxpayer ID No: | *******6146 | |
| For Period Ending: | 06/27/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6207  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,938.38 |
| 07/30/15 | 6 | RICARDO IBARRA | Tax refund | 1224-000 | 800.00 | | 4,738.38 |
| | | | Income tax refund | | | | |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,728.38 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,718.38 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,708.38 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,698.38 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,688.38 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,678.38 |
| 02/05/16 | 6 | RICARDO IBARRA | Tax refund | 1224-000 | 2,000.00 | | 6,678.38 |
| | | | Income tax refund | | | | |
| 02/05/16 | 6 | RICRADO IBARRA | Tax refund | 1224-000 | 1,356.00 | | 8,034.38 |
| | | | Income tax refund | | | | |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,024.38 |
| 02/16/16 | 300003 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 3.33 | 8,021.05 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 05/02/16 | 300004 | JOSEPH E. COHEN | Claim ADMIN 1, Payment 100.00000% | | | 1,618.04 | 6,403.01 |
| | | 105 W. Madison, Ste 1100 | Trustee Fees | | | | |
| | | Chicago, IL  60602 | Trustee Fees | | | | |
| | | | Fees        1,565.60 | 2100-000 | | | |
| | | | Expenses        52.44 | 2200-000 | | | |
| 05/02/16 | 300005 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | 3110-000 | | 1,623.33 | 4,779.68 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 05/02/16 | 300006 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 811.67 | 3,968.01 |
| | | 105 West Madison St. | | | | | |
| | | Chicago, IL 60602 | | | | | |

Page Subtotals        4,156.00        4,136.37

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-49429  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | IBARRA, RICARDO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6207  Checking Account |
| Taxpayer ID No: | *******6146 | | |
| For Period Ending: | 06/27/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/16 | 300007 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | Claim 000001, Payment 18.32556% | 7100-000 | | 1,474.98 | 2,493.03 |
| 05/02/16 | 300008 | Great Lakes Credit Union<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | Claim 000002, Payment 18.32555% | 7100-000 | | 245.72 | 2,247.31 |
| 05/02/16 | 300009 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 18.32360%<br>(3-1) <b>Modified to correct<br>creditor address  (Modified on 2/17/2015)cm</b> | 7100-000 | | 43.00 | 2,204.31 |
| 05/02/16 | 300010 | Vista Medical Center (East & West)<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024 | Claim 000004, Payment 18.32567%<br>(4-1) service performed | 7100-000 | | 883.16 | 1,321.15 |
| 05/02/16 | 300011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000005, Payment 18.32556% | 7100-000 | | 686.12 | 635.03 |
| 05/02/16 | 300012 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 18.32577% | 7100-000 | | 635.03 | 0.00 |

Page Subtotals                0.00          3,968.01

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 12-49429 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | IBARRA, RICARDO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6207 Checking Account |
| Taxpayer ID No: | *******6146 | | |
| For Period Ending: | 06/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,156.00 | 8,156.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,156.00 | 8,156.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,156.00 | 8,156.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6207 | 8,156.00 | 8,156.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,156.00 | 8,156.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR** (10/1/2010) *(Page: 16)*